IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA**

v.  Criminal Action No. **3:09CR207**

**PAUL B. COLEMAN,**

    Petitioner.

## MEMORANDUM OPINION

By Memorandum Opinion and Order entered on March 26, 2014, the Court denied a 28 U.S.C. § 2255 motion filed by Petitioner. (ECF Nos. 148, 149.) On March 9, 2018, the Court received another 28 U.S.C. § 2255 motion from Petitioner ("§ 2255 Motion," ECF No. 180).

The Antiterrorism and Effective Death Penalty Act of 1996 restricted the jurisdiction of the district courts to hear second or successive applications for federal habeas corpus relief by prisoners attacking the validity of their convictions and sentences by establishing a "gatekeeping mechanism." *Felker v. Turpin*, 518 U.S. 651, 657 (1996) (internal quotation marks omitted). Specifically, "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). The Court has not received authorization from the United States Court of Appeals for the Fourth Circuit to entertain Petitioner's § 2255 Motion. Accordingly, the § 2255 Motion (ECF No. 180)

will be DISMISSED WITHOUT PREJUDICE FOR WANT OF JURISDICTION. A certificate of appealability will be DENIED.

An appropriate Final Order will accompany this Memorandum Opinion.

/s/
M. Hannah Lauck
United States District Judge

Date: APR 12 2018
Richmond, Virginia